# In The United States Court of Federal Claims

No. 02-24L

(Filed: September 28, 2010)

_____

THE PUEBLO OF LAGUNA,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On July 18, 2010, the court ordered defendant to file a status report every fourteen days regarding the possible damage, destruction or loss of records in a fire. In issuing this order, the court was concerned that documents potentially relevant to this case may have been destroyed in the fire. That remains the court's concern. Accordingly, defendant's status reports should focus on the impact of the fire on documents relevant to this case. Once the court is assured as to the preservation of documents pertaining to this litigation, the court will relieve defendant of its reporting obligations.

**IT IS SO ORDERED**.

                                                    s/ Francis M. Allegra
                                                    Francis M. Allegra
                                                    Judge