# In The United States Court of Federal Claims

No.  02-24L

(Filed:  February 1, 2011)

_____

THE PUEBLO OF LAGUNA,

                     Plaintiff,

    v.

THE UNITED STATES,

                     Defendant.

_____

**ORDER**

_____

On October 20, 2010, this court issued an order directing defendant to file a status report every 63 days regarding the possible damage, destruction or loss of records.  Defendant is hereby relieved of this reporting requirement.

    **IT IS SO ORDERED**.

                           s/ Francis M. Allegra
                           Francis M. Allegra
                           Judge