# In The United States Court of Federal Claims

No. 02-24L

(Filed: July 18, 2011)

_____

THE PUEBLO OF LAGUNA,

                  Plaintiff,

       v.

THE UNITED STATES,

                  Defendant.

_____

**ORDER**

_____

      On or before July 29, 2011, defendant shall file a status report indicating whether it has any intention, whatsoever, of filing a motion to dismiss in this case for lack of subject matter jurisdiction under 28 U.S.C. §1500.

      **IT IS SO ORDERED**.

                                                                                                  s/ Francis M. Allegra  
                                                                          Francis M. Allegra  
                                                                          Judge