# In The United States Court of Federal Claims

No. 02-24L

(Filed: February 22, 2012)

_____

THE PUEBLO OF LAGUNA,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Tuesday, March 27, 2012, at 2:30 p.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED**.

        s/ Francis M. Allegra
        Francis M. Allegra
        Judge