# In The United States Court of Federal Claims

No. 02-24L

(Filed: March 27, 2012)

_____

THE PUEBLO OF LAGUNA,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

      A telephonic status conference was held in this case today.  Participating in the conference were Alan Taradash, for plaintiff, and Frank Singer, for defendant.  Consistent with discussions during the conference, the parties are hereby relieved from their duty to file a joint status report on or before April 30, 2012.  All future status report deadlines remain unchanged.

      **IT IS SO ORDERED**.


                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge