# In The United States Court of Federal Claims

No. 02-24L

(Filed: August 2, 2012)

_____

THE PUEBLO OF LAGUNA,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On March 27, 2012, the parties held a joint status conference, in which the court indicated it would move this case to the active docket if the parties cannot agree on a settlement. On July 30, 2012, the parties filed a joint status report, indicating that the parties have not yet reached a settlement. Accordingly, the Clerk is directed to restore this case to the active docket, effective September 27, 2012. All status report deadlines remain unchanged.

    **IT IS SO ORDERED**.


                                            s/ Francis M. Allegra  
                                            Francis M. Allegra  
                                            Judge