# In The United States Court of Federal Claims

No. 02-24L

(Filed: October 1, 2012)

_____

THE PUEBLO OF LAGUNA,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

As per the order of August 2, 2012, this case was restored to the active docket on September 27, 2012. Accordingly, on or before October 31, 2012, the parties shall file a joint status report proposing a schedule on how this case should proceed.

    **IT IS SO ORDERED**.

                                               s/ Francis M. Allegra  
                                               Francis M. Allegra  
                                               Judge