# In The United States Court of Federal Claims

No. 02-24L

(Filed: November 9, 2012)
_____

THE PUEBLO OF LAGUNA,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**
_____

      A telephonic status conference will be held in this case on Friday, November 16, 2012, at 11:00 a.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

      **IT IS SO ORDERED**.


                                                s/ Francis M. Allegra
                                                Francis M. Allegra
                                                Judge