# In The United States Court of Federal Claims

No. 02-24L

(Filed: November 19, 2012)

_____

THE PUEBLO OF LAGUNA,

          Plaintiff,

v.

THE UNITED STATES,

          Defendant.

_____

**ORDER**
_____

On November 16, 2012, the court held a status conference. Participating in the conference were Alan Robert Taradash, for plaintiff, and Frank James Singer, for defendant. Pursuant to discussions during the conference:

1. Alternative Dispute Resolution proceedings shall continue with Senior Judge Bruggink;

2. On or before November 30, 2012, the parties shall file a jointly agreed-upon proposed order regarding clawback issues and e-discovery. If the parties are unable to agree on a proposed order, plaintiff shall file its proposed order on that date, and on December 3, 2012, defendant shall file redline edits to plaintiff's proposed order;

3. Litigation in this case shall be divided: Phase I shall encompass all trust fund accounting and trust fund mismanagement claims within the scope of plaintiff's complaint, and Phase II shall encompass all non-monetary trust resource mismanagement claims within the scope of plaintiff's complaint;

4. Discovery relating to Phase I shall proceed as follows:

    a. On or before August 16, 2013, the parties shall complete all fact discovery;

      b.      On or before October 18, 2013, the parties shall exchange expert reports;

      c.      On or before December 13, 2013, the parties shall exchange rebuttal expert reports;

      d.      On or before January 24, 2014, the parties shall complete expert depositions;

      e.      On or before January 31, 2014, the parties shall file a joint status report indicating how this case should proceed, with a proposed schedule, as applicable; and

5.      Discovery relating to Phase II is **STAYED** until further order unless the parties agree otherwise.

**IT IS SO ORDERED**.

                                                                  s/ Francis M. Allegra  
                                                                  Francis M. Allegra  
                                                                  Judge